## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Ratulowski, Rhonda L | Case Number:  08 B 14872 |
| Ratulowski, Robert G | Judge:  Wedoff, Eugene R |
| Printed:  10/14/08 | Filed:  6/10/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  August 28, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 79.23 | |
| Secured: | | 74.08 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 5.15 |
| Other Funds: | | 0.00 |
| Totals: | 79.23 | 79.23 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 3,009.20 | 0.00 |
| 2. | Capital One Auto Finance | Secured | 6,679.52 | 74.08 |
| 3. | RoundUp Funding LLC | Unsecured | 250.85 | 0.00 |
| 4. | AIS Services | Unsecured | 1,276.91 | 0.00 |
| 5. | Illinois Student Assistance Commission | Unsecured | 409.35 | 0.00 |
| 6. | DeVry Institute of Technology | Unsecured | 12.74 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 167.57 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 454.86 | 0.00 |
| 9. | America's Servicing Co | Secured | | No Claim Filed |
| 10. | GE Money Bank | Unsecured | | No Claim Filed |
| 11. | Nicor Gas | Unsecured | | No Claim Filed |
| 12. | Western Union | Unsecured | | No Claim Filed |
| 13. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 14. | GE Money Bank | Unsecured | | No Claim Filed |
| | | | $ 12,261.00 | $ 74.08 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 5.15 |
| | $ 5.15 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Ratulowski, Rhonda L

Ratulowski, Robert G

Printed: 10/14/08

Case Number:  08 B 14872

Judge:  Wedoff, Eugene R

Filed:  6/10/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

